UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REES D. JONES,

        Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. 25-cv-04508-NW

**JUDGMENT**

The Court has issued an order affirming the decision of the Commissioner and denying Plaintiff's motion for summary judgment. Judgment is hereby entered in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: April 20, 2026

Noël Wise
United States District Judge